# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JAMES RAY MOORE,** | CASE NO. 8:10CV246 |
| Plaintiff, | |
| v. | MEMORANDUM |
| | AND ORDER |
| **SHERIFF OF DOUGLAS COUNTY NEBRASKA,** | |
| Defendant. | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 20th day of July, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge