# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES RAY MOORE,** | ) | **CASE NO. 8:10CV246** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **SHERIFF OF DOUGLAS COUNTY NEBRASKA, and DANGEROUS SEXUAL OFFENDER ACT OF NEBRASKA, NRS S.29-4001,** | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on its own motion. On September 21, 2010, the court entered a Memorandum and Order permitting Plaintiff to file an amended complaint no later than October 21, 2010, in order to adequately state a claim against the municipal Defendant. (Filing No. 6.) The court warned Plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice. (*Id.* at CM/ECF pp. 5-6.) Plaintiff has not filed an amended complaint or any other response to the court's September 21, 2010, Memorandum and Order. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders;

    and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 29th day of October, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.